**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **DIGIMEDIA HOLDINGS GROUP, LLC,**<br><br>　　　　Plaintiff,<br>　v.<br><br>**NM LICENSING LLC,**<br><br>　　　　Defendant. | **CIVIL ACTION NO. 2:13-cv-133**<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT**

　　　　Pursuant to Rule 7.1, Fed. R. Civ. P., Plaintiff DigiMedia Holdings Group, LLC ("DigiMedia"), hereby discloses, by and through its undersigned counsel, that it is a limited liability company.  No parent or publicly held corporation owns 10% or more of DigiMedia's stock.

Dated:  February 15, 2013

Respectfully Submitted,

By: /s/ William E. Davis, III
William E. Davis, III
Texas State Bar No. 24047416
**THE DAVIS FIRM, PC**
111 West Tyler Street
Longview, Texas 75601
Telephone: (903) 230-9090
Facsimile: (903) 230-9661
Email:  bdavis@bdavisfirm.com

**ATTORNEY FOR PLAINTIFF
DIGIMEDIA HOLDINGS GROUP, LLC**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 15th day of February, 2013.

/s/ William E. Davis, III
William E. Davis, III